UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PEDRO CARRASCO, | § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. NO. _____ |
| STANDARD INSURANCE CO., | § § § | |
| Defendant | § § | |

## INDEX OF STATE COURT DOCUMENTS

1. Copy of the Civil Docket Sheet dated 04/07/16;

2. Plaintiff's Original Petition, filed 02/29/16;

3. Citation issued to Standard Insurance Company issued 03/07/16; and

4. Defendant's Original Answer, filed 04/04/16.



Exhibit

B

Respectfully submitted,


By: _s/ Ryan K. McComber_
    Ryan K. McComber
    State Bar No. 24041428
    ryan.mccomber@figdav.com
    Kristina A. Kiik
    State Bar No. 24074532
    kristina.kiik@figdav.com

FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, Texas 75202
Tel: (214) 939-2000
Fax: (214) 939-2090

ATTORNEYS FOR DEFENDANT
STANDARD INSURANCE
COMPANY

## CERTIFICATE OF SERVICE

I certify that all attorneys deemed to accept service of the above-referenced document electronically will be notified via the Court's CM/ECF system and all others will be notified via certified mail, return receipt requested on this 11th day of April, 2016.

    _s/Ryan K. McComber_
    Ryan K. McComber



# Bexar County

## District Clerk/County Clerk Search

# Full Case Information

# Case Summary

## Case Information for Cause #: 2016CV01051

**PEDRO CARRASCO vs STANDARD INSURANCE CO**

| | |
|---|---|
| Cause No. : | 2016CV01051 |
| Name : | PEDRO CARRASCO |
| Business Name : | |
| Litigant Type : | PLAINTIFF |
| Date Filed : | 02/27/2016 |
| Docket Type : | DEBT/CONTRACT-OTHER |
| Case Status : | PENDING |
| Court : | 003 |

*Information as of: 04/07/2016 10:21:01 AM*

Exhibit 1

# Case History

*Currently viewing 1 through 4 of 4 records.*

| Type/Sequence | Date Filed | Description |
|---|---|---|
| P00001 | 2/29/2016 | PLAINTIFF ORIGINAL PETITION |
| P00002 | 2/29/2016 | PLAINTIFF JURY DEMAND |
| S00001 | 3/7/2016 | CITATION<br>STANDARD INSURANCE CO<br>ISSUED: 3/7/2016<br>EXECUTED: 3/14/2016 RETURNED: 3/21/2016 |
| P00003 | 4/4/2016 | DEFENDANT<br>ORIGINAL ANSWER(2PGS) |

E-FILED
Bexar County, County Clerk
Gerard Rickhoff
Accepted Date: 2/29/2016 8:44:18 AM
Accepted By: Robert Trujillo
/s/ Robert Trujillo
Deputy Clerk

NO. 2016CV01051

| | | |
|---|---|---|
| **PEDRO CARRASCO** | § | IN COUNTY COURT |
| | § | |
| V. | § | AT LAW NO. CC# 03 |
| | § | |
| **STANDARD INSURANCE CO.** | § | BEXAR COUNTY, TEXAS |

Exhibit 2

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

This is a suit for damages arising from breach of an insurance contract and associated violations of the Texas Insurance Code and the Texas Deceptive Trade Practices Act. It is presently a Level 2 action under Rule 190.2, TRCP.

1. **PARTIES.**

    (a) Plaintiff **PEDRO "PETE" CARRASCO** ("CARRASCO" or Mr. CARRASCO) is a resident of Bexar County, Texas.

    (b) Defendant **STANDARD INSURANCE COMPANY** ("STANDARD") is a foreign insurance company licensed to do business in Texas, which may be served through its agent for process, C T Corporation System, 1999 Bryan Street, Suite 900, Dallas TX 75201-3136.

2. **VENUE.** Venue is proper in Bexar County because a substantial part of the events or omissions giving rise to the claim occurred in Bexar County, and because this suit involves a claim against an insurer, and the loss occurred in Bexar County. §§ 15.002, 15.032, *Tex. Civ. Prac. & Rem. Code.*

3. **FACTS.**

    (a) **PETE CARRASCO** went to work for the San Antonio Independent School District (SAISD) in 1991. He worked as a police officer. In 2009, he purchased, through SAISD,

a policy of disability insurance through **STANDARD**. The policy was in full force and effect, and all premiums due had been paid, on November 15, 2011.

(b)     On or about that same date, **CARRASCO** became totally disabled within the meaning of the **STANDARD** policy. Plaintiff **CARRASCO** timely forwarded a completed claim for benefits and all required paperwork. **CARRASCO** provided information sufficient for **STANDARD** to determine that **CARRASCO** was disabled as of that date, and that he qualified for disability benefits under the terms of the policy. **STANDARD** paid **CARRASCO**'s disability benefits through February 27, 2014, but terminated them after that date.

(c)     On and after February 27, 2014, **STANDARD** failed to timely respond to communications from Plaintiff, failed to conduct a timely investigation, failed to conduct a reasonable investigation, unreasonably delayed payment of the benefits of the policy, failed to provide to the policyholder a reasonable explanation of the basis in the policy for denying the claim, misrepresented the terms of the insurance policy, and failed to promptly and equitably pay or order payment of the claim once liability had become reasonably clear. All conditions precedent have been performed or occurred. All notices have been timely sent, and all appeal deadlines have been met.

4.    **CAUSES OF ACTION.**

(a)     **STANDARD** breached the contract of insurance between it and **CARRASCO** by terminating **CARRASCO**'s disability benefits on February 27, 2014, and such breach has been a producing cause of damages.

(b)     The acts of the **STANDARD**, outlined above, are violations of §541.060 and §541.061 *Tex. Ins. Code*. Each and all of these acts or omissions were done knowingly and were a cause of damages to Plaintiff.

(c)     The acts of **STANDARD** as outlined above are violations of §542.051 *et seq.*,

*Tex. Ins. Code*, and a cause of damages to Plaintiff.

(d) **CARRASCO** was and is a consumer, and the acts of **STANDARD** as outlined above are violations of §17.50, *Tex. Bus. & Comm. Code*, in that they are violations of §17.46 (5), (12), (14), and (24), or of §541.060 and §541.061 *Tex. Ins. Code*, as outlined in the paragraphs above. Each and all of these acts were done knowingly and were a producing cause of damages to Plaintiff.

5.  **DAMAGES.**

(a) Disability benefits were due to be paid to Plaintiff under the Contract of Insurance. The unpaid benefits are an element of damages. Plaintiff also suffered the loss of use of the money for a period, and these damages are measured as interest. Plaintiff incurred attorney's fees and expenses correcting the errors of **STANDARD** in the underlying claim and these are actual damages.

(b) Because the acts of **STANDARD** were done knowingly, Plaintiff seeks damages for his mental or emotional anguish.

(c) Statutory penalties of eighteen percent (18%) of the policy benefit per annum, from the date the claim should have been acknowledged, or from the date the claim should have been paid, until the date it is paid should be awarded under §542.051 *et seq.*, TEX. INS. CODE.

(d) Statutory penalties of up to three times the amount of the policy limits and the other actual damages should be awarded under §541.152 TEX. INS. CODE. Exemplary damages may be appropriate.

(e) Plaintiff does not know exactly how much his damages are in monetary terms, but because the TEXAS RULES OF CIVIL PROCEDURE require him to do so, Plaintiff says that, at this time, he seeks monetary damages that are less than $75,000.00 at the present time, including all

damages, pre-judgment interest, and costs of court.

6. **ATTORNEY'S FEES.** Plaintiff has been forced to retain the services of the undersigned attorney and requests that the Court award his reasonable and/or necessary attorneys fees under §541.152, TEX. INS. CODE, §542.060, TEX. INS. CODE, §17.50(d), TEX. BUS. & COMM. CODE, or § 38.001, TEX. CIV. PRAC. & REM. CODE.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays that he be awarded damages as set out above, as well and pre- and post-judgment interest, attorney's fees, costs of court, an order prohibiting such wrongful acts in the future, and such other and further relief to which he may be justly entitled.

Respectfully submitted,

**STEPHEN G. NAGLE**
1002 West Avenue
Austin, Texas 78701
(512) 480-0505 - Telephone
(512) 480-0571 - Facsimile
sgnagle@lawyernagle.com

By: **Stephen G. Nagle**

Digitally signed by: Stephen G. Nagle
DN: CN = Stephen G. Nagle email = sgnagle@lawyernagle.com C = US O = Nagle Law Firm OU = Attorney
Date: 2016.02.27 19:19:01 -06'00'

**STEPHEN G. NAGLE, SBN 14779400**
**ATTORNEY FOR PLAINTIFF**

CERTIFIED MAIL

"The State of Texas"        NO. 2016CV01051

PEDRO CARRASCO               IN THE COUNTY COURT AT
Plaintiff
vs.                          LAW NO. 3

STANDARD INSURANCE CO        BEXAR COUNTY, TEXAS
Defendant
                    NOTICE
**Citation** Directed to: STANDARD INSURANCE CO
BY SERVING ITS Registered Agent, CT CORPORATION SYSTEM
          1999 BRYAN STREET SUITE 900
          DALLAS, TX 75201-3140

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."  Said petition was filed on the 27TH day of February, 2016.
ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 7TH DAY OF March A.D., 2016.

STEPHEN G NAGLE
Attorney/PLAINTIFF
address 1002 WEST AVE
        AUSTIN, TX 78701-2056

GERARD RICKHOFF
County Clerk of Bexar County, Texas
Bexar County Courthouse
100 Dolorosa Suite 104
San Antonio, Texas 78205

By: _____ Deputy
    AMANDA LYSSY

---

OFFICER'S RETURN

Came to hand ____ day of _____, A.D. ____, at ____ o'clock ____.M.
and executed the ____ day of _____, A.D. ____, in _____
at ____ o'clock ____.M. by delivering to _____
in person a true copy of this citation together with the accompanying copy of plaintiff's petition. Served at _____

I traveled      miles in the execution of this citation. fees:    Serving citation
$           Mileage           Total $

_____ County, Texas
By _____

The State of Texas
                          NON - PEACE OFFICER VERIFICATION
VERIFICATION OF RETURN (IF NOT SERVED BY PEACE OFFICER)

SWORN TO this ____ day of _____, ____.

2016CV01051
(DKC001)          NOTARY PUBLIC, STATE OF TEXAS          FILE COPY

Exhibit 3

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>STANDARD INSURANCE CO<br>ATTN: CT CORPORATION SYSTEM<br>1999 BRYAN STREET SUITE 900<br>DALLAS TX 75201-3140 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail®  ☐ Priority Mail Express™<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ Collect on Delivery |
| | 4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number<br>(Transfer from service label) | |
| PS Form 3811, July 2013   Domestic Return Receipt | |



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>Chris Wells |
| 1. Article Addressed to:<br>STANDARD INSURANCE CO<br>ATTN: CT CORPORATION SYSTEM<br>1999 BRYAN STREET SUITE 900<br>DALLAS TX 75201-3140 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>☑ Certified Mail®   ☐ Priority Mail Express™<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee)   ☑ Yes |
| 2. Article Number<br>(Transfer from service label) | 7014 1820 0000 0829 6202 |

PS Form 3811, July 2013        Domestic Return Receipt



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

CIVIL CENTRAL FILING
ATTN: AMANDA
2016CV01051
3/7/2016

GERARD RICKHOFF, COUNTY CLERK
BEXAR COUNTY COURTHOUSE
100 DOLOROSA, SUITE 104
SAN ANTONIO, TEXAS 78205-3083

FILED
Bexar County, County Clerk
Gerard Rickhoff
Accepted Date: 4/4/2016 8:07:29 AM
Accepted By: Marylou Gaylord
/s/ Marylou Gaylord
Deputy Clerk

No. 2016CV01051

| | | |
|---|---|---|
| PEDRO CARRASCO, | § | IN THE COUNTY COURT |
| | § | |
| Plaintiff, | § | |
| v. | § | AT LAW NO. 3 |
| | § | |
| STANDARD INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | BEXAR COUNTY, TEXAS |

## DEFENDANT'S ORIGINAL ANSWER

Defendant Standard Insurance Company ("Standard") files its original answer, and states:

1. **General Denial.** Subject to such admissions and stipulations as may be made at or before time of trial, Standard denies generally and specially the material allegations in Plaintiff's Original Petition, pursuant to TEX. R. CIV. P. 92, and demands strict proof thereof in accordance with the requirements of the laws of this state.

2. **Relief Requested.** Standard requests the following relief:

    (a) That Plaintiff take nothing by reason of his suit;

    (b) That Standard be dismissed with its costs; and

    (c) That Standard have such other and further relief, both general and special, at law and in equity, to which it may show itself justly entitled.

Exhibit 4

Submit Date: 4/4/2016 12:00:00 AM

Respectfully submitted,

By: *s/ Ryan K. McComber*
    Ryan K. McComber
    State Bar No. 24041428
    ryan.mccomber@figdav.com
    Kristina A. Kiik
    State Bar No. 24074532
    kristina.kiik@figdav.com

**FIGARI + DAVENPORT, LLP**
901 Main Street, Suite 3400
Dallas, Texas  75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090

ATTORNEYS FOR DEFENDANT
STANDARD INSURANCE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument has been served on the following counsel of record via electronic filing on April 3, 2016:

| | |
|---|---|
| Stephen G. Nagle | Via E-File:  Efile.TXCourts.gov |
| 1002 West Avenue | |
| Austin, Texas 78701 | |

     *s/ Ryan K. McComber*
    Ryan K. McComber