**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **PEDRO CARRASCO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NO. SA-16-CA-362-FB** |
| | ) | |
| **STANDARD INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>JUDGMENT</u>

The Court considered the Judgment to be entered in this case.  Pursuant to the Order of Dismissal With Prejudice signed this date,

IT IS ORDERED, ADJUDGED and DECREED that all claims asserted or assertable herein by plaintiff against defendant are released and DISMISSED WITH PREJUDICE.  All attorneys' fees and costs are taxed against the party incurring the same.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 18th day of August, 2016.

_____

FRED BIERY
UNITED STATES DISTRICT JUDGE